COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 05-1483B

---

ROBERT A. JOHNSON, )
)
Plaintiff, )
)
vs. )
)
CLEMENT JACK COLEMAN II, )
)
Defendant, )
)

05-40152 FDS

---

### NOTICE OF FILING FOR REMOVAL

TO:   CLERK OF COURT – CIVIL
      WORCESTER SUPERIOR COURT
      COURT HOUSE, ROOM 21
      2 MAIN STREET
      WORCESTER, MA 01608

   Pursuant to 28 U.S.C. 1446(d), the Defendant, Clement Jack Coleman II, hereby gives notice that on September 1, 2005, he filed with the United States District Court for the District of Massachusetts a Notice of Removal of this case from the Worcester Superior Court to the United States District Court for the District of Massachusetts. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal effects the removal and this Court shall proceed no further unless and until the case is remanded. A copy of the Notice of Removal is attached hereto.


Defendant, Clement Jack Coleman II,

_____ PRO SE
Clement Jack Coleman II
P.O. Box 866
Oak Bluffs, MA 02557
(508) 627-7840

Dated: ~~August~~ September 1, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT A. JOHNSON,
   Plaintiff,
V.
CLEMENT JACK COLEMAN II,
   Defendant.

05-40152 FDS

## NOTICE OF REMOVAL OF ACTION

Pursuant to 28 U.S.C. § 1441, the Defendant, Clement Jack Coleman II, hereby removes to this Court the state court action described below. In support of this notice, the Defendant states:

1. On or about August 11, 2005, an action was commenced in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in the County of Worcester, entitled Robert A. Johnson v. Clement Jack Coleman II, bearing Civil Action No. 05-1483B. The Defendant first received a copy of the Summons and Complaint on August 24, 2005 via U.S. Postal Delivery.

2. Plaintiff, Robert A. Johnson, alleges motor vehicle negligence resulting in personal injury, and seeks compensatory relief.

### JURISDICTION

3. This is a civil action over which this Court has jurisdiction. Removal is timely because this Notice is filed within 30 days of the filing of the Complaint.

4. Defendant has answered Complaint and Defendant's counterclaims include allegations of Civil Rights violations of both State and Federal Laws.

## CONCLUSION

5. This Notice of Removal is filed within 30 days of the receipt by the Defendant of the Summons and Complaint.

6. Defendant is providing written notice of this Removal of the state court action to plaintiff and the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in the County of Worcester.

Respectfully submitted,

Defendant,

CLEMENT JACK COLEMAN II

*Clement Jack Coleman II* PRO SE

Clement Jack Coleman II
P.O. Box 866
Oak Bluffs, MA 02557
Phone: (508) 627-7840

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO.
05-1483 B

ROBERT A. JOHNSON,

*Plaintiff,*

vs.

CLEMENT JACK COLEMAN II,

*Defendant.*

COMPLAINT AND DEMAND
FOR JURY TRIAL

RECEIVED
AUG 11 2005
CLERK OF COURTS
WORCESTER COUNTY

## PARTIES

1. The plaintiff, Robert A. Johnson, is an individual residing in the Town of Whitinsville, County of Worcester, Commonwealth of Massachusetts.

2. The defendant, Clement Jack Coleman II is an individual who, at the time of the accident resided in the Town of Oak Bluffs, County of Dukes, Commonwealth of Massachusetts, hereinafter referred to as "Coleman."

## FACTS

3. On or about August 28, 2002, the defendant, Coleman, was operating a motor vehicle owned by Tri State Subaru, on a public way located in the Town of Sutton, County of Worcester, Commonwealth of Massachusetts, known as Route 146, hereinafter referred to as the "Coleman vehicle".

4. At the same time and place, the plaintiff, Robert A. Johnson, hereinafter referred to as "Johnson", was a pedestrian on the median along a public way on Route 146, in the Town of Sutton, County of Worcester, Commonwealth of Massachusetts.

5. The defendant, C. Jack Coleman, so negligently and carelessly operated the Coleman vehicle so as to cause it to collide with Johnson.

6. As a direct and proximate result of the defendant, Coleman's, negligent, careless, wrongful, improper and unlawful operation of said motor vehicle, the plaintiff was caused serious personal injuries to both body and mind.

PAGE TWO

### COUNT I

7. This is a cause of action by plaintiff, Robert A. Johnson, against the defendant, Clement Jack Coleman II, for negligence resulting in personal injury.

8. The defendant, Clement Jack Coleman II, so negligently and carelessly operated the Coleman vehicle so as to cause it to collide with Johnson.

9. As a direct and proximate result of the defendant, Clement Jack Coleman's, negligent, careless, wrongful, improper and unlawful operation of said motor vehicle, the plaintiff was caused serious personal injuries to both body and mind.

WHEREFORE, plaintiff, Robert A. Johnson, demands judgment against the Defendant, Clement Jack Coleman II, in the amount of his damages, together with costs, interest and attorney's fees.

### JURY TRIAL CLAIM

THE PLAINTIFF, ROBERT A. JOHNSON, RESPECTFULLY REQUESTS A TRIAL BY JURY ON ALL ISSUES.

ROBERT A. JOHNSON
By his attorney,

_Anthony M. Salerno_
Anthony M. Salerno, Esquire
SALERNO LAW GROUP, P.C.
316 Main Street
Worcester, MA 01608
(508) 795-1200
BBO NO. 547529

Dated: August 11, 2005

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                          SUPERIOR COURT DEPARTMENT
                                                        OF THE TRIAL COURT
                                                        CIVIL ACTION NO.

| | |
|---|---|
| ROBERT A. JOHNSON, | ) |
| *Plaintiff*, | ) |
| vs. | ) **UNIFORM COUNSEL** |
| | ) **CERTIFICATION FOR CIVIL CASES** |
| C. JACK COLEMAN, II, | ) |
| *Defendant*. | ) |

I am attorney-of-record for Robert A. Johnson, plaintiff in the above-entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1: 18) which states in part: ". . . Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent . . ."

I hereby certify that I have complied with this requirement.

_____
Anthony M. Salerno
Attorney for Plaintiff

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: WORCESTER |
|---|---|---|
| PLAINTIFF(S) Robert A. Johnson | | DEFENDANT(S) G. Jack Coleman, II |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Anthony M. Salerno, Esq. 316 Main Street, Worcester, MA 01608 Board of Bar Overseers number: 547529   (508) 795-1200 | | ATTORNEY (If known) |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

CODE NO.    TYPE OF ACTION (specify)    TRACK    IS THIS A JURY CASE?

B03    MV Negligence/Personal Injury ( F )    (X) Yes    ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................. $1,670.46
2. Total Doctor expenses ................................................. $690.00
3. Total chiropractic expenses ........................................... $
4. Total physical therapy expenses ...................................... $2,545.00
5. Total other expenses (describe) Ambulance, Dianostic Testing, Prescriptions .... $4,270.28
   Subtotal $9,175.74

B. Documented lost wages and compensation to date ....................... $
C. Documented property damages to date ................................... $
D. Reasonably anticipated future medical and hospital expenses ........... $unknown
E. Reasonably anticipated lost wages ..................................... $
F. Other documented items of damages (describe)
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   Multiple severe muscle strains mainly of the back.

   $9,175.74
   TOTAL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record  *Anthony M. Salerno*   DATE: 8/11/05

AOTC-6 mtc005 11/99

MAS-20041213  Case 4:05-cv-40152-FDS   Document 1   Filed 09/01/2005   Page 8 of 10   08/26/2005
shisslak                    Commonwealth of Massachusetts                          04:05 PM
                                WORCESTER SUPERIOR COURT
                                      Case Summary
                                       Civil Docket

# WOCV2005-01483
## Johnson v Coleman II

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 08/11/2005 | **Status** | Needs review for service (acneserv) | | |
| **Status Date** | 08/11/2005 | **Session** | B - Civil B (18 Worcester) | | |
| **Origin** | 1 | **Case Type** | B03 - MV negligence/pers injury/prop dmg | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 11/09/2005 | **Answer** | 01/08/2006 | **Rule12/19/20** | 01/08/2006 |
| **Rule 15** | 01/08/2006 | **Discovery** | 06/07/2006 | **Rule 56** | 07/07/2006 |
| **Final PTC** | 08/06/2006 | **Disposition** | 10/05/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Robert A Johnson
Active 08/11/2005

**Private Counsel 547529**
Anthony M Salerno
Scannell & Salerno
316 Main Street
4th floor
Worcester, MA 01608
Phone: 508-795-1200
Fax: 508-795-1333
Active 08/11/2005 Notify

**Defendant**
Clement Jack Coleman II
Service pending 08/11/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/11/2005 | 1.0 | Complaint civil action cover sheet and Rule 29 statement filed-CJ |
| 08/11/2005 | | Origin 1, Type B03, Track F. |
| 08/11/2005 | | Filing fee paid in the amount of $240.00 including $15.00 surcharge and $20.00 security fee($275.00) |
| 08/11/2005 | 2.0 | Uniform Counsel Certification filed by Plaintiff's, attorney Anthony M Salerno |
| 08/26/2005 | 3.0 | SERVICE RETURNED (summons): Clement Jack Coleman II, service made on August 15, 2005 (no service) |
| 08/26/2005 | | Affidavit of compliance by Anthony M Salerno with proof of service of complaint re: Clement Jack Coleman II |

### EVENTS

*Cain   WOCR 2003 - 00184*

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

05-40152

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Robert A. Johnson

### DEFENDANTS
Clement Jack Coleman II (PRO SE)

**(b)** County of Residence of First Listed Plaintiff  **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Salerno Law Group
Anthony M. Salerno, Esquire  (508) 795-1200 P.C.
316 Main St, Suite 402, Worcester, MA 01608

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
MV Negligence / Personal Injury

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 9,175.74
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: September 1, 2005

SIGNATURE OF ATTORNEY OF RECORD: Clement Jack Coleman II PRO SE

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



05-40152

1. Title of case (name of first party on each side only) **Robert A. Johnson** v. **Clement Jack Coleman II**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   _X_  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐     Central Division ☒     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Clement Jack Coleman II Pro Se**
ADDRESS **P.O. Box 866 Oak Bluffs, MA 02557**
TELEPHONE NO. **(508) 627-7840**

(CategoryForm.wpd -5/2/05)