UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Robert A. Johnson,
    Plaintiff(s)

    V.

Clement Jack Coleman II,
    Defendant(s)

CIVIL ACTION
NO. 05-40152-FDS

**SAYLOR, D.J.**

**ORDER FOR REMAND**

In accordance with the Court's Memorandum and Order issued on 9/13/05 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

By the Court,

DATED: September 14, 2005

/s/ Martin Castles
Deputy Clerk